**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**PAUL FEEMSTER** **PLAINTIFF**

**v.** **CASE NO. 4:25-CV-01038-BSM**

**MERIT ENERGY COMPANY, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of November, 2026.

UNITED STATES DISTRICT JUDGE